UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELIOTT WILLIAMSON,

    Plaintiff,

v.                                               Case No. 3:20-cv-24-J-20JRK

G4S SECURE SOLUTIONS (USA) INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' "Stipulation of Dismissal with Prejudice" (Dkt. 11).

Accordingly, it is **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE and ORDERED** at Jacksonville, Florida, this ___ day of May, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to**:
Kelly Eisenlohr-Moul, Esq.
Tucker C. Motta, Esq.
Eliottt Williamson, *pro se*